Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-000124-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| MICHAEL EDWIN WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, the United States hereby moves

the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of

Court endorsed hereon.

Dated: December 27, 2011          NATIONAL PARK SERVICE


/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   January 3, 2012          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

1